ACCEPTED
04-15-00114-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/12/2015 9:43:15 AM
KEITH HOTTLE
CLERK

No. 04-15-00114-CV

In the Fourth Court of Appeals
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/12/15 9:43:15 AM

KEITH E. HOTTLE
Clerk

## HARI PRASAD KALAKONDA AND LATHA KALAKONDA, Appellants

### v.

## ASPRI INVESTMENTS, LLC, Appellee

From 45th Judicial District Court
Bexar County, Texas, Cause No: 2014-CI-16394,
the Honorable Judge Karen H. Pozza, presiding

## APPELLEE ASPRI INVESTMENTS, LLC's
## MOTION TO STRIKE PAGES FROM CLERK'S RECORD

Appellee Aspri Investments, LLC ("Aspri") moves to strike pages 236 through 496 of the Clerk's Record.

The trial court entered judgment confirming an arbitration award on December 1, 2014. CR175-76. Appellants Mr. and Mrs. Kalakonda's motion for rehearing[1] was denied in a written order signed December 23, 2014. On December

---

[1] No written motion for rehearing appears in the Clerk's Record. A transcript of the hearing of December 23, 2014 is in the appellate record; the trail court declined to hear oral argument, informing the parties she would consider and rule on the written motion.

20140366.20140366/2199612.1

30 and 31, respectively, Appellants filed what are styled Motion to Modify and Correct Judgment (CR224-30) and Motion for New Trial (CR231-33). There is no indication in the record that the trial court conducted a hearing on either of the latter two motions. No modified judgment issued; there is no written order overruling the (12/31/14) Motion for New Trial. *See* Tex. R. Civ. P. 329b (b).

By letter dated March 24, 2015[2] Appellants sent and the District Clerk filed what is described as their "additional attached record for communicating to the 4th court of appeals." CR236. The following 259 pages do not properly comprise part of the record in this case. This bundle of 259 pages—more than half of the Clerk's Record—was not in the trial court's file when judgment was signed or when any timely post judgment motion was considered.

Appellants made no effort to have their "additional attached record" admitted as evidence. Without need to determine whether any particular part of the material does or does not appear elsewhere in the record, Aspri moves to strike pages 236 through 496 of the Clerk's Record and all references thereto in any briefing in this case.

---

[2]    Assuming the December 31 motion was a permitted amended motion for new trial (Tex. R. Civ. P. 329(b)), March 24 is more than 105 days after the December 1, 2014 judgment. Even if properly asked to do so, the trial court had no jurisdiction to consider any "new evidence" submitted at that late date. *See Lane Bank Equip. Co. v. Smith S. Equip., Inc.*, 10 S.W.3d 308, 310 (Tex. 2000) (citing *Philbrook v. Berry*, 683 S.W.2d 378, 379 (Tex. 1985) (a timely filed motion extends the trial court's jurisdiction over its judgment up to an additional seventy-five days, depending on when or whether the court acts on the motions)).

20140366.20140366/2199612.1

Aspri respectfully asks the Court to strike from the record all materials comprising pages 236 through 496 of the Clerk's Record and for all other relief to which Aspri is entitled.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael D. Conner
    Michael D. Conner
    State Bar No. 04688650
    Email: mconner@hirschwest.com
    Eric Lipper
    State Bar No. 12399000
    Email: elipper@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-9162
    Facsimile: (713) 223-9319

**ATTORNEYS FOR APPELLEE**
**ASPRI INVESTMENTS, LLC**

3

**CERTIFICATE OF COMPLIANCE**

I do hereby certify that this document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman.

/s/ Michael D. Conner
Michael D. Conner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2015, a true and correct copy of the forgoing was served as follows:

Hari Prasad Kalakonda
Latha Kalakonda
Shubha, LLC
5002 Newcastle Lane
San Antonio, TX  78249
***Via E-Serve: smfoodmart@yahoo.com,***

/s/ Michael D. Conner
Michael D. Conner

4